Clerk Abel Acosta
Court of Criminal Appeals
PO Box 12308
Capitol Station
Austin Texas 78711          84,094-02
11-2-15

This document contains some
pages that are of poor quality
at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk

Mr. Justin Lee Alston
# 1829569
Connally Unit
899 Fm 632
Kennedy TX. 78119

RE: Cause No. W12088-1
EX PARTE Justin Alston

Dear Clerk:

Please file my Writ of Mandamus Motion
Leave to file Writ of Mandamus Motion
with Attach Exhibit. Thank you.

Sincerely
11-2-15
Justin
Lee Alston

Cover Letter

Justin Lee Alston
TDCJ# 1829569

x Writ Case No. W12088-1
x    In the Court of Criminal
x         Appeals
x      Austin Texas
x
x

## Motion Leave to File
## Writ of Mandamus

Honorable Justices of said Court.,

Comes Now Realtor Prose Justin Lee Alston
Brings this Motion Leave to File Writ of Mandamus
in good Faith.

## History

Realator sent An 11.07 To the trial court Chaledge
His Conviction it was reccived An Fixed on
9/23/2015 And A writ Number was given cause
No. W12088-1 See Attach Exhibit A" Attach
Realator raisco the groundo. That He recciuco
Ineffective Assistance of Counsel By Him not
objecting to His sentence which Violateo
His Eight Amendment Violation As cruel
And usual Punishment. Trial Counsel waiveo
this groundo to Preserve on Appeal.

The trial Judge on Oct. 13. 2015 Denico His
Habeas Corpus see. Exhibit B" Attach.
Trial Counsel Never got An Affaoavit
From trial counsel to Explain the reason
For not preserving An Constition groundo on
Appeal.

(1)

The record shows that this Honorable Court doesn't know if realtor trial counsel ever received the accusation against him.

The proceedures of Article 11.07 has not been filed or followed.

## Article 11.07

(d),(sec.7)

see. Case. <u>Ex Parte medina</u>, 361 SW3d 633, 640 (Tex. Crim. App 2011)
The realtor in this case clearly raised an 8th Amendment violation due to counsel failure to object.

The Judge abused its discretion on following not proceedures in Article 11.07. it will be unreasonable determination on the facts presented by the trial attorney not filing an response.

see. <u>In re Pirelli tire</u>, L.L.C. 247 SW3d 670, 676 (Tex. 2007)

## Prayer

Petitioner, Relator prats for relief deem just.

## Certificate of Service

On this day of 11-2-15 Petitioner sent this leave to file motion Leave to file writ of mandamus sent to Clerk Acota Abel PO box 12308 Austin TX. 78711 from the community unit 899 fm 632 kenedy TX. 78119

Sincerely Submitted
Justin Lee alston
11-2-15

(2)

EXHIBIT A
ATTACH

(1) DATE FILED 9/23/2015
CAUSE NO. W/2088-1

(3)

# TONNA TRUMBLE HITT
### DISTRICT CLERK
### 355TH JUDICIAL DISTRICT COURT
HOOD COUNTY JUSTICE CENTER
1200 WEST PEARL STREET
GRANBURY, TEXAS 76048
### (817) 579-3236

9/23/2015

JUSTIN LEE ALSTON
C/O CONNALLY UNIT, TDCJ#1829569
899 FM 632
KENEDY, TX 78119

RE: Cause No. W12088-1
EX PARTE: JUSTIN ALSTON

Dear JUSTIN LEE ALSTON,

_____ Upon receipt of proper fees, the copies you requested will be prepared and mailed, at $1.00 per page. Also, Please send a stamped, self-addressed envelope, with enough postage to cover the weight of the package.

_____ Contact the Court Reporter listed below to request a copy of the Court Reporter's Record.

Mike Carlisle
Hood County Justice Center
1200 West Pearl St.
Granbury, Texas 76048

_____ The following instrument has been filed in the above listed case: Application for Writ of Habeas Corpus. The District Attorney has been given a copy. He has 15 days in which to file an answer. If he does not file an answer within that time, your application will be presented to the District Judge for his ruling. If it is denied, a transcript will be prepared and sent to the Court of Criminal Appeals in Austin, Texas.

_____ The Record of your Writ of Habeas Corpus has been mailed to the Court of Criminal Appeals in Austin, Texas. A copy of the Order denying said Writ is attached to this letter.

TONNA TRUMBLE HITT, DISTRICT CLERK
Hood County, Texas

By: _____
Deputy Clerk

EXHIBIT B

ATTACH

(1) order denied without trial counsel responding to REALTOR 11-07 October 13, 2015

(4)

Cause No. W12088-1

EX PARTE:

JUSTIN LEE ALSTON

IN THE DISTRICT COURT
355TH JUDICIAL DISTRICT
HOOD COUNTY, TEXAS

## POST CONVICTION HABEAS CORPUS ORDER

The petition of **JUSTIN LEE ALSTON** for a Writ of Habeas Corpus pursuant to Article 11.07, Texas Code of Criminal Procedure, having been filed, and the District Attorney of Hood County having failed to answer/answered within the time allotted by the law, the Court proceeded to consider said petition.

After having reviewed the pleading and instruments on file in Cause No. W12088-1 The State of Texas vs. **JUSTIN LEE ALSTON** the petition on file in this cause, the Court is of the opinion and does hereby find that there are no controverted, previously unresolved issues of fact material to the legality of the Petitioner's conviction and therefore recommends that the relief requested in said petition be DENIED.

The Court hereby directs the Clerk of this court to file the findings and to prepare a transcript of all proceedings had in connection with this application for Writ of Habeas Corpus and shall transmit such transcript to the Clerk of the Court of Criminal Appeals as required by law.

The Clerk is further directed to furnish a copy of these findings to the Petitioner and the District Attorney.

Signed this the ___13___ day of October, 2015.

RALPH H. WALTON, JR.
355TH JUDICIAL DISTRICT
HOOD COUNTY, TEXAS